☒

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

**In re:**                )        **Judge Russ Kendig**
                          )
**_____,** )      **Case No.  _____**
                          )
**Debtor(s)**             )        **Chapter 13 Form Plan Summary**
                          )        **_____ Amended Chapter 13 Plan**

  **Read this carefully**.  You are a party in interest in this bankruptcy case.  This is a summary based upon a form plan adopted in this court.  The full length form controls over the terms of this summary.  Special Provisions (paragraph 1) are deviations from the form and should be read with special care.  You may review the form plan at www.ohnb.uscourts.gov.  The letters and numbers in parentheses in this plan summary are the paragraphs of the Form Plan into which the data would be inserted.

1.   **SPECIAL PROVISIONS:**

 ☐ Continued on attached separate page(s).

2.   _____% to general unsecured creditors  (E9)

3.   Assumed unexpired leases and executory contracts (B1)

| Creditor | Description of asset or contract |
|---|---|
|  |  |
|  |  |
|  |  |

 ☐ Continued on attached separate page(s).

  All other leases and executory contracts deemed rejected.

4. Mortgages or Judgment Liens - Ongoing Monthly Payment ( C, E3, E6)

| Creditor | Order of Priority | Property Address | Proposed Pymt/Mo. | To be paid by debtor, by trustee or stripped & not secured |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

☐ Continued on attached separate page(s).

5. Mortgage Arrears (E4)

| Creditor | Estimated Amount | Rate (%) |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

☐ Continued on attached separate page(s).

**Creditors who do not agree to rate of interest must object to confirmation or the rate in this paragraph is deemed to be absolute on confirmation. The amount of arrearage is subject to contrary proof of claim.**

6. Secured Non-Mortgage claims to be paid full current balance (E5)

| Creditor: |  |  |  |
|---|---|---|---|
| Date Incurred: |  |  |  |
| Collateral: |  |  |  |
| Monthly Payment: |  |  |  |
| Interest Rate: |  |  |  |
| Estimated Balance: |  |  |  |

☐ Continued on attached separate page(s).

7. Liens to be crammed down but not stripped. (E7)

   Creditor: _____  _____  _____

   Date Incurred: _____  _____  _____

   Collateral: _____  _____  _____

   Monthly Payment: _____  _____  _____

   Interest Rate: _____  _____  _____

   Secured Value: _____  _____  _____

   ☐ Continued on attached separate page(s).

   **Creditors who do not agree to date incurred, collateral description, monthly payment, interest rate or secured value must object to confirmation or the treatment in this paragraph is deemed to be absolute upon confirmation, except statutory tax liens, which will be paid as allowed.**

8. Priority Claims to be paid in full and estimated as follows (E8)

   | Creditor | Source & Year | Amount |
   |---|---|---|
   | | | |
   | | | |
   | | | |

   ☐ Continued on attached separate page(s).

9. Payments to Trustee (D)

   The debtor will pay to the trustee $ _____ monthly for a minimum of [Drop box 36/60] months, or all future disposable income, whichever is greater.  Payments shall be by ☐ Wage Order on employer ☐ By Debtor ("Private Pay") in the form of money order or certified check.

3

09-60889-rk    Doc 30    FILED 08/26/09    ENTERED 08/26/09 11:31:35    Page 3 of 7

10. Attorney Fees are pursuant to the current Administrative Order.  Any deviation is in Special Provisions.  (E)

_____      _____
Debtor's Signature -   Name typed below      Debtor's Signature - Name typed below
_____      _____


_____
Attorney's Signature - Name (state bar #), address, and phone typed below
_____

_____

_____

_____

4

09-60889-rk    Doc 30    FILED 08/26/09    ENTERED 08/26/09 11:31:35    Page 4 of 7

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 Proceeding |
| | ) | |
| David Lee Anderson | ) | Judge Russ Kendig |
| Erica Lavish Anderson | ) | |
| | ) | Case No.  09-60889 |
| Debtors. | ) | |
| | ) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOTICE OF CONTINUED HEARING ON CONFIRMATION
OF PLAN AND FIXING LAST DATE TO FILE OBJECTIONS**

The Debtor herein has filed a Third Amended Plan with the Court and hereby gives notice that:

A hearing on the Confirmation of said Third Amended Plan will be held on the **23rd day of September 2009 at 2:00 p.m**. in the United States Bankruptcy Court, 201 Cleveland Ave., S.W., Canton, Ohio 44702.

Any objections to the said Third Amended Plan shall be in writing and must be filed with the Court, Counsel for the Debtor, and the Chapter 13 Trustee no later the **20th day of September, 2009.**

Submitted by:

/s/Nicole L. Rohr
Nicole L. Rohr (0078316)
Thrush & Rohr  L.L.C.
4410 22nd Street NW
Canton OH 44708
(330) 479-9494
(330) 479-9585 *fax*

Counsel for Debtors

## CERTIFICATE OF SERVICE

I, Nicole Rohr, hereby certify that a true and accurate copy of the foregoing was sent by regular US Mail, postage prepaid, this 26th day of August, 2009, to the following individuals:

David and Erica Anderson 1561 Locust Street Canal Fulton OH 44614

Affinity Medical Center PO Box 10390 Fort Wayne, IN 46852-0390

Akron Childrens Hospital PO Box 1750 Akron, OH 44309-1750

Akron Childrens Hospital Radiology PO Box 29 Akron, OH 44309-0029

Bank of America PO Box 15026 Wilmington, DE 19850-5026

Barberton Anesthesia Care Dept 3302 PO Box 74382 Cleveland, OH 44194

Chase 800 Brooksedge BLVD Westerville, OH 43081

Columbia House PO Box 91640 Indianapolis, IN 46291-0640

Countrywide 400 Countrywide Way Simi Valley, CA 93065-6298

Direct TV PO Box 6414 Carol Stream, IL 60197-6414

Discover PO Box 6103 Carol Stream, IL 60197

Discover PO Box 15251 Wilmington, DE 19886-5251

Discover PO Box 981064 El Paso, TX 79998-1064

Discover 12 Reads Way New Castle, DE 19720-1649

Fifth Third Bank Northeastern Ohio PO Box 630778 Cincinnati, OH 45263-0778

Fingerhut PO Box 166 Newark, NJ 07101-0166

First Merit Bank 295 First Merit Circle Akron, OH 44307-2359

Freedom Road Dept CH 8612 Palatine, IL 60055

GEMB Lowes PO Box 981064 El Paso, TX 79998

GEMB/ Sams Club PO Box 981064 El Paso, TX 79998

GMAC Payment Processing Center PO Box 9001951
Louisville, KY 40290-1951

HSBC PO Box 98706 Las Vegas, NV 89193-8706

Huntington National Bank PO Box 182519 Columbus, OH 43218-2519

IC Systems INC 444 Highway 96 E PO Box 64437 Saint Paul, MN 55164-0437

Javitch, Block, & Rathbone 1100 Superior Avenue 18th Floor
Cleveland, OH 44114-2518

Kohl's Payment Center PO Box 2983 Milwaukee, WI 53201-2983

Nationwide Credit INC PO Box 740640 Atlanta, GA 30374-0640

Ravenna Radiology PO Box 76051 Cleveland, OH 44101

Sams Club PO Box 530942 Atlanta, GA 30353-0942

Sams Club 4605 Duke Dr Mason, OH 45040

Sears 8725 W Sahara AVE The Lakes, NV 89163-7802

Summa Barberton Hospital PO Box 71-4139 Columbus, OH 43271

Weltman Weinberg & Reis PO Box 93596 Cleveland, OH 44101

Weltman Weinberg Reis 323 W Lakeside AVE Cleveland, OH 44113

Zwicker and Associates 80 Minuteman RD Andover, MA 01810-1031

I, Nicole Rohr, hereby certify that a true and accurate copy of the foregoing was electronically transmitted on or about August 26, 2009 to the following who are listed on the Court's Electronic Mail Notice List:

- Toby L Rosen    lweir@chapter13canton.com

- United States Trustee    (Registered address)@usdoj.gov

/s/Nicole L. Rohr
Nicole L. Rohr