IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 PROCEEDINGS |
| DAVID LEE ANDERSON | : | CASE NO: 09-60889 |
| ERICA LAVISH ANDERSON | : | JUDGE RUSS KENDIG |
| DEBTOR(S) | : | MODIFICATION OF CHAPTER 13 PLAN |

*************************************************************************

Now comes the Chapter 13 Trustee, Toby L. Rosen, and pursuant to 11 U.S.C., Section 1329 (a)(1) modifies the Debtor's Chapter 13 Plan as follows:

The Debtor's 2010 tax returns indicate a significant increase in income.

Therefore, the within Debtors payments into the plan are hereby increased from $725.00 MONTHLY to **$ 1,700.00 MONTHLY** through February 2013, thereafter payments shall increase to **$1,800.00 MONTHLY** beginning with the March 2013 payment through April 2013, thereafter payments shall increase to **$2,025.00 MONTHLY** beginning with the May 2013 payment.

All other provisions of the plan shall remain unchanged.

/S/Toby L. Rosen
Toby L. Rosen, Chapter 13 Trustee

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing MODIFICATION was electronically transmitted on or about June 9, 2011 via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice List:

NICOLE ROHR

I further certify that the following received notice by regular U.S. Mail at the specified address on the date first set forth above:

DAVID LEE and ERICA LAVISH ANDERSON
PO BOX 644
CANAL FULTON, OH 44614

/S/Toby L. Rosen
Toby L. Rosen, Chapter 13 Trustee

# NOTICE TO MODIFY PLAN

The Trustee has filed papers with the Court for an Order to **MODIFY YOUR PLAN**.

**YOUR RIGHTS MAY BE AFFECTED.** You should read these papers carefully and discuss them with your attorney, if you have one, in this bankruptcy case. (If you do not have an attorney, you may want to consult one).

If you do not want the Court to grant relief sought in the Modification or if you want the Court to consider your views on the Modification, then on or before **JUNE 30, 2011**, you or your attorney must file a written Objection with the:

> United States Bankruptcy Court
> Ralph Regula Federal Building
> 401 McKinley Avenue, S. W.
> Canton, Ohio 44702

or attend the hearing set herein.

If you mail your Objection to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date stated above.

You must also mail a copy to the Trustee at:

> Toby L. Rosen, Chapter 13 Trustee
> 400 West Tuscarawas St., 4th Floor
> Canton, Ohio 44702

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an Order granting relief.

> /S/Toby L. Rosen
> Chapter 13 Trustee