UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| In re: | ) | Chapter 13 |
|---|---|---|
| | ) | Case No. 09-60889 |
| David Lee Anderson | ) | Judge Russ Kendig |
| Erica Lavish Anderson | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | **MODIFICATION OF PLAN** |

    Now come Debtors, David and Erica Anderson, by and through the undersigned counsel, and request a modification of their Chapter 13 plan pursuant to 11 U.S.C. § 1329(a) and Federal Rule of Bankruptcy Procedure 3015(g).

    Debtors filed a petition on March 18, 2009. Through the plan, Debtors were contributing $1,000.00 monthly. Their plan was confirmed on September 24, 2009.

    Debtor's income at Timken has been greatly reduced and he is only working 4 days a week. Debtor may also have to have next surgery in the near future that would also lower his income to short term disability which is about 60% of his current pay. Also due to the Debtors past medical issues they have a number of outstanding medical bills that has increased their monthly medical expenses. Therefore Debtors propose to lower the payment to $375.00 starting in February, 2013 until the end of the plan. The percentage to creditors is prorata over the 60 months. Any delinquency is suspended with approval of this modification and the plan term if necessary will be extended to maintain feasibility.

    Wherefore, Debtors pray the Court approve the modification and grant such other relief as may be just and appropriate.

Submitted by:

/s/Nicole L. Rohr
Nicole L. Rohr (#0078316)
Thrush & Rohr, L.L.C.
4410 22nd Street NW
Canton OH 44708
(330) 479-9494
(330) 479-9585 *fax*
Counsel for Debtors

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| In re: | ) | Chapter 13 |
|---|---|---|
| | ) | Case No. 09-60889 |
| David Lee Anderson | ) | Judge Russ Kendig |
| Erica Lavish Anderson | ) | |
| | ) | |
| | ) | |
| Debtors. | ) | |

## NOTICE OF MODIFICATION OF PLAN

Debtors have filed papers with the Court seeking to modify their Chapter 13 plan.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have any attorney, you may wish to consult one.)**

If you do not want the court to grant the requested modification, or if you want the court to consider your views on the modification, then on or before **February 13, 2013,** you or your attorney must:

File with the court a written response, explaining your position, and a written request for a hearing, at:
> **U.S. Bankruptcy Court,**
> **Ralph Regula U.S. Courthouse,**
> **401 McKinley Ave SW, Canton, OH 44702**

If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date state above.

You must also mail a copy to:

| Nicole L. Rohr | Toby L. Rosen |
|---|---|
| Thrush & Rohr, L.L.C. | Office of the Chapter 13 Trustee |
| 4410 22nd Street NW | 400 W. Tuscarawas Ave., Suite 400 |
| Canton OH 44708 | Canton, Ohio 44702 |

If you or your attorney do not take these steps, the court may decide that you do not oppose the modification and the modification may be granted.

Date: January 23, 2013              Signature: /s/Nicole L. Rohr
                                    Name: Nicole L. Rohr
                                          4410 22nd Street NW
                                          Canton OH 44708

## CERTIFICATE OF SERVICE

I, Nicole Rohr, hereby certify that a true and accurate copy of the foregoing was sent by regular US Mail, postage prepaid, this 23rd day of January 2013 to the following individuals:

David and Erica Anderson 1561 Locust Street Canal Fulton OH 44614

See attached matrix

I, Nicole Rohr, hereby certify that a true and accurate copy of the foregoing was electronically transmitted on or about January 23, 2013 to the following who are listed on the Court's Electronic Mail Notice List:

- Nicole L. Rohr    nlratty@yahoo.com, nlrohr22@yahoo.com;thrushrohr@yahoo.com;thrushrohr@gmail.com
- Toby L Rosen    lweir@chapter13canton.com
- United States Trustee    (Registered address)@usdoj.gov

        /s/ Nicole L. Rohr
        Nicole L. Rohr

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0647-6<br>Case 09-60889-rk<br>Northern District of Ohio<br>Canton<br>Wed Jan 23 13:09:55 EST 2013 | BAC Home Loans Servicing, L.P. fka Countrywi<br>2380 Performance Dr. Bldg C Mail Stop: R<br>Richardson, TX 75082-4333 | East Bay Funding<br>c/o Resurgent Capital Services<br>PO Box 288<br>GREENVILLE, SC 29602-0288 |
| Ralph Regula U.S. Courthouse<br>401 McKinley Avenue SW<br>Canton, OH 44702-1745 | Affinity Medical Center<br>PO Box 10390<br>Fort Wayne, IN 46852-0390 | Akron Childrens Hospital<br>PO Box 1750<br>Akron, OH 44309-1750 |
| Akron Childrens Hospital Radiology<br>PO Box 29<br>Akron, OH 44309-0029 | Bank of America<br>PO Box 15026<br>Wilmington, DE 19850-5026 | Barberton Anesthesia Care<br>Dept 3302<br>PO Box 74382<br>Cleveland, OH 44194-0002 |
| Chase<br>800 Brooksedge BLVD<br>Westerville, OH 43081-2822 | Chase Bank USA,N.A<br>P O Box 740933<br>Dallas,Tx 75374-0933 | Columbia House<br>PO Box 91640<br>Indianapolis, IN 46291-0640 |
| (c)COUNTRYWIDE<br>400 NATIONAL WAY<br>SIMI VALLEY CA 93065-6414 | DISCOVER BANK<br>DFS SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY, OHIO 43054-3025 | Direct TV<br>PO Box 6414<br>Carol Stream, IL 60197-6414 |
| (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Discover<br>PO Box 6103<br>Carol Stream, IL 60197-6103 | Discover<br>PO Box 981064<br>El Paso, TX 79998-1064 |
| Fifth Third Bank<br>1850 E PARIS SE (md# ROPS05)<br>GRAND RAPIDS MI 49546-6210 | (p)FIFTH THIRD BANK<br>MD# ROPS05 BANKRUPTCY DEPT<br>1850 EAST PARIS SE<br>GRAND RAPIDS MI 49546-6253 | Fingerhut<br>PO Box 166<br>Newark, NJ 07101-0166 |
| First Merit Bank<br>295 First Merit Circle<br>Akron, OH 44307-2359 | FirstMerit Bank,NA<br>III Cascade Plaza<br>Akron, Ohio 44308 | Freedom Road<br>Dept CH 8612<br>Palatine, IL 60055-0001 |
| FreedomRoad Financial<br>c/o SPALLAS JONES, PLLC<br>1840 E. River Rd., Ste. 207<br>Tucson, AZ 85718-5892 | GEMB Lowes<br>PO Box 981064<br>El Paso, TX 79998-1064 | GEMB/ Sams Club<br>PO Box 981064<br>El Paso, TX 79998-1064 |
| GMAC<br>Bankruptcy Dept<br>P.O. Box 130424<br>Roseville, MN 55113-0004 | GMAC<br>Payment Processing Center<br>PO Box 9001951<br>Louisville, KY 40290-1951 | HSBC<br>PO Box 98706<br>Las Vegas, NV 89193-8706 |

| | | |
|---|---|---|
| Huntington National Bank<br>P.O. Box 89424<br>Cleveland, Oh 44101-6424 | Huntington National Bank<br>PO Box 182519<br>Columbus, OH 43218-2519 | IC Systems INC<br>444 Highway 96 E<br>PO Box 64437<br>Saint Paul, MN 55164-0437 |
| Javitch, Block, & Rathbone<br>1100 Superior Avenue<br>18th Floor<br>Cleveland, OH 44114-2518 | Kohl's Payment Center<br>PO Box 2983<br>Milwaukee, WI 53201-2983 | Nationwide Credit INC<br>PO Box 740640<br>Atlanta, GA 30374-0640 |
| PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>PO Box 12914<br>NORFOLK VA 23541-0914 | Ravenna Radiology<br>PO Box 76051<br>Cleveland, OH 44101-4755 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 |
| Sams Club<br>4605 Duke Dr<br>Mason, OH 45040-9410 | Sams Club<br>PO Box 530942<br>Atlanta, GA 30353-0942 | Sears<br>8725 W Sahara AVE<br>The Lakes, NV 89163-7802 |
| Summa Barberton Hospital<br>PO Box 71-4139<br>Columbus, OH 43271-4139 | Weltman Weinberg & Reis<br>PO Box 93596<br>Cleveland, OH 44101-5596 | Weltman Weinberg Reis<br>323 W Lakeside AVE<br>Cleveland, OH 44113-1099 |
| Zwicker and Associates<br>80 Minuteman RD<br>Andover, MA 01810-1008 | David Lee Anderson<br>1561 Locust St<br>PO Box 644<br>Canal Fulton, OH 44614-0644 | Erica Lavish Anderson<br>1561 Locust St<br>PO Box 644<br>Canal Fulton, OH 44614-0644 |
| Nicole L. Rohr<br>Thrush & Rohr LLC<br>4410 22nd Street NW<br>Canton, OH 44708-1574 | Toby L Rosen<br>Toby L Rosen, Trustee<br>400 W Tuscarawas St<br>Charter One Bank Bldg<br>4th Floor<br>Canton, OH 44702-2044 | Todd J. Kreps<br>Charles G. Snyder Co.<br>10006 Cleveland Ave., N.W.<br>PO Box 922<br>Uniontown, OH 44685-0922 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Discover<br>12 Reads Way<br>New Castle, DE 19720-1649 | (d)Discover<br>PO Box 15251<br>Wilmington, DE 19886-5251 | Fifth Third Bank<br>Northeastern Ohio<br>PO Box 630778<br>Cincinnati, OH 45263-0778 |

Addresses marked (c) above for the following entity/entities were corrected as required by the USPS Locatable Address Conversion System (LACS).

Countrywide
400 Countrywide Way
Simi Valley, CA 93065-6298


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)East Bay Funding, LLC<br>c/o Resurgent Capital Services<br>PO Box 288<br>GREENVILLE, SC 29602-0288 | (d)East Bay Funding<br>c/o Resurgent Capital Services<br>PO Box 288<br>Greenville, SC 29602-0288 | End of Label Matrix<br>Mailable recipients   50<br>Bypassed recipients    2<br>Total   52 |